Joseph C. Wiedmeyer, appellee, v. William Brantman, appellant.
Gen. No. 35,782.

Opinion filed May 16, 1932.
Harry A. Kerins and Aaron Gerch, for appellant; Albert E. Gordon, of counsel. Schurmeier & Christianson, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Bessie Weissman and B. Pareski, appellees, v. W. P. Cooney, appellant. Gen. No. 35,498.

Opinion filed May 17, 1932.
Rehearing denied May 31, 1932.
Henry N. Shabsin, for appellant. No appearance for appellees.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Martha Monheit, executrix of the last will of Dora Herbst, deceased, appellee, v. Harry M. Goldstine, appellant. Gen. No. 35,522.

Opinion filed May 17, 1932.
John A. Bloomingston, for appellant. Murphy O. Tate, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Susanna Murphy, administratrix of the estate of James F. Murphy, deceased, appellant, v. Walter Nehrebecki, appellee. Gen. No. 35,568.

Opinion filed May 17, 1932.
Walter S. Holden and Harry L. Fearing, for appellant. No appearance for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.